**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TERRICK NOONER,
ADC 000926**                                                                                     **PLAINTIFF**

**v.**                                      **Case No. 4:14-cv-00664-KGB**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS, et al.**                            **DEFENDANTS**

**<u>ORDER</u>**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

this case is dismissed without prejudice.  The relief sought is denied.

SO ADJUDGED this the 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge